**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIESER DAVID MEJIA MORAN, | Case No. 1:26-cv-04793 JLT HBK |
| Petitioner, | A- Number: 221-489-539 |
| v. | ORDER DISMISSING PETITION AS DUPLICATIVE AND DIRECTING THE |
| TAE D. JOHNSON, et al. | CLERK OF COURT TO CLOSE THIS CASE |
| Respondents. | |

Elieser David Mejia Moran, an immigration detainee, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on June 23, 2026. (Doc. 1.) The petition filed is identical to a petition previously filed in Case No. 1:26-cv-04539 JLT CDB on June 12, 2026, which remains pending before the Court.[1] As the petition includes the same claims and seeks the same relief, the matter is duplicative. The Court **ORDERS**:

1.      The petition is **DISMISSED** as duplicative of Case No. 1:26-cv-04539 JLT CDB.

2.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  _July 24, 2026_

_____
UNITED STATES DISTRICT JUDGE

---

[1] The narrative portions of the petitions are completely identical. The only difference between the petitions is found with the exhibits, as the petition filed in Case No. 1:26-cv-04539 contains two pages of additional exhibits.